UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 20 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| CYNTHIA HARRIS-DEVAUGHN and JAMES DEVAUGHN, individually and as parents and next friends of Jayla DeVaughn, a minor, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. ) | Civil Case No. 15-2068 (RJL) |

**ORDER**
(March 20, 2017) [Dkt. #14]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #14] is **GRANTED**; and it is further

**ORDERED** that summary judgment be **ENTERED IN FAVOR OF DEFENDANT**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge